IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JOE HAND PROMOTIONS, INC.                                        PLAINTIFF


v.                              Civil No. 4:15-cv-4082


CLAUDE MOORE, Individually and
d/b/a KING OF WINGS BAR & GRILL;
and MOORE FINANCIAL & INVESTMENT
FIRM, LLC, an Unknown Business Entity
d/b/a KING OF WINGS BAR & GRILL                                 DEFENDANTS


## ORDER

Defendants' attorney of record, John R. Mercy, has filed a Motion to Withdraw as Counsel.  ECF No. 14.  Mercy states that he seeks withdrawal because Defendants have not communicated with him since approximately March 15, 2016.  Mercy has notified Defendants by letter of his intent to withdraw as counsel.  ECF No. 14-1.

Parties who are not natural persons may not appear pro se.  *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 203 (1993); *City of Kansas City, Mo. v. Hous. & Econ. Dev. Fin. Corp.*, 366 F. App'x. 723, at 723-24 (8th Cir. 2010).  In fact, according to the Eighth Circuit, a corporation or other business entity is technically in default as of the date its counsel is permitted to withdraw from the case without substitute counsel appearing.  *Ackra v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996).

Accordingly, Defendant Moore Financial & Investment Firm, LLC has twenty-one (21) days from the date of this order to respond to its counsel's Motion to Withdraw or obtain

substitute counsel.  Defendant Moore Financial & Investment Firm, LLC is warned that a failure to obtain substitute counsel could result in the entry of default against it.

Defendant Claude Moore has twenty-one (21) days from the date of this order to respond to his counsel's Motion to Withdraw or obtain substitute counsel.  If Defendant Claude Moore fails to obtain substitute counsel within this time period, the Court will assume that he has elected to proceed in this action *pro se*.  Defendants' counsel is directed to immediately serve a copy of this order on Defendants at their last known address and file a certificate of service therefore.

**IT IS SO ORDERED**, this 2nd day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

2