IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE HAND PROMOTIONS, INC.                                            PLAINTIFF

v.                                       Case No. 4:15-cv-4082

CLAUDE L. MOORE, individually and d/b/a
KING OF WINGS BAR & GRILL; and
MOORE FINANCIAL & INVESTMENT FIRM, LLC,
an Unknown Business Entity d/b/a KING OF WINGS
BAR & GRILL
                                                                    DEFENDANTS

## **JUDGMENT**

Before the Court is Plaintiff's Motion for Summary Judgment. ECF No. 11. Separate Defendant Claude L. Moore, individually and d/b/a King of Wings Bar & Grill has not filed a response, and the time for response has passed. The Court finds this matter ripe for its consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Plaintiff Joe Hand Production, Inc.'s Motion for Summary Judgment (ECF No. 11) should be and hereby is **GRANTED**. Judgment is entered in favor of Plaintiff and against Separate Defendant Claude L. Moore, individually and d/b/a King of Wings Bar & Grill in the amount of $3,800.00.

**IT IS SO ORDERED**, this 23rd day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge