IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JOE HAND PROMOTIONS, INC.                                          PLAINTIFF


v.                              Case No. 4:15-cv-4082


CLAUDE MOORE, individually and d/b/a
KING OF WINGS BAR & GRILL; and
MOORE FINANCIAL & INVESTMENT FIRM, LLC,
an Unknown Business Entity d/b/a KING OF WINGS
BAR & GRILL                                                        DEFENDANTS


## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. ECF No. 27. Plaintiff requests that the Court dismiss Separate Defendant Moore Financial & Investment Firm, LLC from this lawsuit. Upon consideration, the Court finds that all claims against Separate Defendant Moore Financial & Investment Firm, LLC should be and hereby are **DISMISSED WITHOUT PREJUDICE**. *See* Fed R. Civ. P. 41(a). The bench trial scheduled for May 22, 2017, is cancelled.

**IT IS SO ORDERED**, this 11th day of April, 2017.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge